UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LAWRENCE FELTZIN, Individually,

    Plaintiff,

vs.

JLEM ASSOCIATES LLC,
a New York Limited Liability Company,

    Defendant.

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 23 2017   ★

LONG ISLAND OFFICE

Case No. 2:16-cv-5719(ADS)(AYS)

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot. Case closed.

DONE AND ORDERED in Chambers at _Central Islip_, this 23rd day of _June_, 2017.

                                              s/ Arthur D. Spatt
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record